UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| **CHARLES WAYNE ONTEGO**<br>**DOC # 719675** | **CIVIL ACTION NO. 2:17-CV-1083** |
| | **SECTION P** |
| **VERSUS** | |
| | **JUDGE ROBERT G. JAMES** |
| **WARDEN LOCKS, ET AL.** | |
| | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation [Doc. No. 10] of the Magistrate Judge previously filed herein, determining that the findings are correct under applicable law, and noting the absence of objections to the Report and Recommendation in the record,

IT IS ORDERED, ADJUDGED AND DECREED that the Plaintiff's claims are DISMISSED WITHOUT PREJUDICE pursuant to 42 U.S.C. § 1997e(a). Plaintiff may re-file his complaint when he has exhausted his administrative remedies.

MONROE, LOUISIANA, this 23rd day of January, 2018.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE